FILED
JUN 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

10/03

# United States District Court
# For the District of Columbia

The James Madison Project )
)
)
)
vs    Plaintiff )
)
Central Intelligence Agency )
)
)
Defendant )

Case: 1:07-cv-01154
Assigned To : Urbina, Ricardo M.
Assign. Date : 6/27/2007
Description: FOIA/Privacy Act

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __The James Madison Project__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The James Madison Project__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

440532
BAR IDENTIFICATION NO.

Mark S. Zaid
Print Name

1250 Connecticut Avenue, N.W., Suite 200
Address

Washington    D.C.    20036
City          State   Zip Code

(202) 498-0011
Phone Number