```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

THE JAMES MADISON PROJECT,        )
  1250 Connecticut Avenue, N.W.,  )
  Suite 200                       )
  Washington, D.C. 20036,         )
                                  )
        Plaintiff,                )
                                  )
        v.                        )   Civil No. 07-1154 RMU
                                  )
CENTRAL INTELLIGENCE AGENCY,      )
  Washington, D.C. 20505,         )
                                  )
        Defendant.                )
                                  )
```

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an enlargement of time, to and including August 24, 2007, in which to respond to the Complaint in this case. Defendant's response to the Complaint is due August 17, 2007, and lead defense counsel, Assistant U.S. Attorney Marina Utgoff Braswell, will be out of town from August 6 through until August 18, 2007, at a family reunion. The additional time is needed in order for defense counsel, upon her return to the office, to be able to coordinate defendant's response with agency counsel and file defendant's response to the Complaint. Accordingly, for the foregoing reasons, defendant respectfully requests that this unopposed motion for enlargement of time be granted.

Plaintiff has consented to this motion.

                        Respectfully submitted,

                        _____/s/_____
                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                        United States Attorney

                        _____/s/_____
                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                        Assistant United States Attorney

                        _____/s/_____
                        MARINA UTGOFF BRASWELL, D.C. BAR #416587
                        Assistant United States Attorney
                        U.S. Attorney's Office
                        555 4th Street, N.W. - Civil Division
                        Washington, D.C. 20530
                        (202) 514-7226

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

THE JAMES MADISON PROJECT,        )
  1250 Connecticut Avenue, N.W.,  )
  Suite 200                       )
  Washington, D.C. 20036,         )
                                  )
        Plaintiff,                )
                                  )
        v.                        )   Civil No. 07-1154 RMU
                                  )
CENTRAL INTELLIGENCE AGENCY,      )
  Washington, D.C. 20505,         )
                                  )
        Defendant.                )
_____)
```

## ORDER

Upon consideration of defendant's motion for an enlargement of time, and the entire record of this case, it is hereby

ORDERED that defendant's motion is GRANTED for good cause shown; and it is further

ORDERED that defendant shall have to and including August 24, 2007, in which to respond to the Complaint in this case.


Dated this _____ day of _____, 2007.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

Copies to:

Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
555 Fourth Street, N.W
Washington, D.C.  20530

Mark S. Zaid, Esq.
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036