```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

THE JAMES MADISON PROJECT,         )
   1250 Connecticut Avenue, N.W.,  )
   Suite 200                       )
   Washington, D.C. 20036,         )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )   Civil No. 07-1154 RMU
                                   )
CENTRAL INTELLIGENCE AGENCY,       )
   Washington, D.C. 20505,         )
                                   )
        Defendant.                 )
_____)
```

## PRAECIPE

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Marina Utgoff Braswell as counsel for defendant Central Intelligence Agency in this case.

Respectfully submitted,

_____/s/_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226