## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE JAMES MADISON PROJECT,      )
                                )
    Plaintiff,      )
                                )
  v.                   )  Case No. 1:07cv01154 (RMU)
                                )
CENTRAL INTELLIGENCE AGENCY,    )
                                )
    Defendant.      )
                                )
_____)

## NOTICE OF SUBSTITUTION

  NOTICE IS HEREBY GIVEN that Vesper Mei, Trial Attorney, Civil Division, United States Department of Justice, hereby substitutes for Marina Utgoff Braswell, and enters her appearance on behalf of Defendant Central Intelligence Agency in the above-captioned case.

Dated: August 24, 2007

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

        JOHN R. TYLER
        Senior Trial Counsel

         /s/ Vesper Mei
        VESPER MEI
        (D.C. Bar No. 455778)
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch

Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-4686
Facsimile:  (202) 616-8470
E-mail:  vesper.mei@usdoj.gov

Counsel for Defendant