IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>)<br>Defendant. )<br>)<br>_____) | Case No. 1:07cv01154 (RMU) |

**JOINT STATUS REPORT**

Plaintiff, The James Madison Project, filed this FOIA suit on June 27, 2007, seeking "copies of all internal CIA regulations on or pertaining to (1) personnel issues; (2) the granting or revocation of security clearances; (3) grievance procedures; (4) disciplinary procedures; (5) the Prepublication Review Board; (6) declassification of information; (7) the Historical Advisory Board; and (8) the implementation of the Freedom of Information and Privacy Acts." Defendant Central Intelligence Agency ("CIA") filed its answer on August 24, 2007, and the Court ordered submission of a joint status report by September 24, 2007.

The parties conferred on September 21, 2007, and agreed to the following: (1) the parties agree to treat plaintiff's FOIA request as a request for copies of the versions of the CIA regulations that it seeks that were current as of June 27, 2007, and for no other documents; (2) the CIA will complete processing of the documents responsive to plaintiff's request and release to plaintiff any non-exempt documents or portions of documents by January 11, 2008; (3) the parties will confer with respect to the CIA's release (if any) of documents by January 25, 2008; and (4) if, after conferring, the parties do not agree that the CIA's release of any non-exempt

documents or portions of documents resolves the issues in this case, the CIA will move for summary judgment on or before March 25, 2008.

Dated: September 24, 2007

Respectfully submitted,

|  |  |
|---|---|
| /s/ Vesper Mei | /s/ Mark S. Zaid |
| Vesper Mei (D.C. Bar #455778) | Mark S. Zaid (D.C. Bar #440532) |
| Trial Attorney | Mark S. Zaid, P.C. |
| U.S. Department of Justice | 1250 Connecticut Ave., NW |
| Civil Division | Suite 200 |
| Federal Programs Branch | Washington, D.C. 20036 |
| P.O. Box 883 | (202) 454-2809 |
| Washington, D.C. 20044 | (202) 330-5610 fax |
| (202) 514-4686 | ZaidMS@aol.com |
| (202) 616-8470 |  |
| vesper.mei@usdoj.gov | Attorney for Plaintiff |
|  |  |
| Attorney for Defendant |  |