AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

THE JAMES MADISON PROJECT, )
        Plaintiff(s) )  **APPEARANCE**
         )
        vs. )  CASE NUMBER   07-01154 (RMU)
CENTRAL INTELLIGENCE AGENCY )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Bradley P. Moss  as counsel in this
                   (Attorney's Name)

case for: The James Madison Project
       (Name of party or parties)

1/31/08
Date

*[Signature]*
Signature

Bradley P. Moss
Print Name

975905
BAR IDENTIFICATION

1250 Connecticut Avenue, NW Ste. 200
Address

Washington   DC   20036
City   State   Zip Code

(202) 907-7945
Phone Number