IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE JAMES MADISON PROJECT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07cv01154 (RMU) |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ONE-MONTH EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. (6)(b)(1), Defendant Central Intelligence Agency (CIA), by and through undersigned counsel, respectfully moves this Court for a one-month enlargement of time, up to and including April 25, 2008, to move for summary judgment in this case. In compliance with LCvR 7(m), counsel has discussed the relief requested with counsel for Plaintiff, who has stated that he does not oppose this motion. In support of this Motion, Defendant states as follows:

1.      Plaintiff, The James Madison Project, filed this FOIA suit on June 27, 2007, seeking "copies of all internal CIA regulations on or pertaining to (1) personnel issues; (2) the granting or revocation of security clearances; (3) grievance procedures; (4) disciplinary procedures; (5) the Prepublication Review Board; (6) declassification of information; (7) the Historical Advisory Board; and (8) the implementation of the Freedom of Information and Privacy Acts."

2.      Pursuant to the parties' Joint Status Report, filed on September 24, 2007 (Docket

# 8), the CIA has completed processing of the documents responsive to Plaintiff's request and released to Plaintiff the non-exempt documents or portions of documents. The parties have additionally been conferring with respect to the CIA's release of documents. The CIA's summary judgment motion is currently due by March 25, 2008.

3.  Plaintiff's counsel has posed a number of questions that have required follow-up by the CIA, which has been diligently looking into the questions posed, but which requires some additional time in order to fully answer these questions. In addition, Agency counsel will be out of the office in trial for two weeks in early March, which will make coordination within the Agency (and with Department of Justice counsel) difficult for purposes of the summary judgment motion.

4.  This is the first extension of time requested in this case by either party. There are no other deadlines currently scheduled in this case. The parties jointly propose that Plaintiff's Opposition to Defendant's Motion will be due on May 27, 2008, and the Defendant's Reply will be due on June 24, 2008.

5.  Defendant requests this one-month extension of time to be able to prepare a thorough summary judgment motion. Defendant does not believe that Plaintiff will be prejudiced by this delay, and Plaintiff does not oppose this motion.

Dated: February 29, 2008

                                      Respectfully submitted,

                                      JEFFREY S. BUCHOLTZ
                                      Acting Assistant Attorney General

                                      JEFFREY A. TAYLOR

       United States Attorney

       ELIZABETH J. SHAPIRO
       Assistant Branch Director


       <u>/s/ Vesper Mei</u>
       VESPER MEI
       (D.C. Bar No. 455778)
       Trial Attorney
       United States Department of Justice
       Civil Division, Federal Programs Branch
       Post Office Box 883
       Washington, D.C. 20044
       Telephone:  (202) 514-4686
       Facsimile:  (202) 616-8470 (fax)
       E-mail: vesper.mei@usdoj.gov

       Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07cv01154 (RMU) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR ONE-MONTH EXTENSION OF TIME TO FILE
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Upon consideration of Defendant's Unopposed Motion for One-Month Extension of Time to File Motion for Summary Judgment, IT IS HEREBY ORDERED THAT

Defendant's Motion is GRANTED. Defendant's Motion for Summary Judgment will be due by April 25, 2008. Plaintiff's Opposition to Defendant's Motion will be due by May 27, 2008. Defendant's Reply will be due by June 24, 2008.


DATED: _____     _____
                                   THE HONORABLE RICARDO M. URBINA
                                   UNITED STATES DISTRICT JUDGE