IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07cv01154 (RMU) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE**

In support of its Motion for Summary Judgment, defendant Central Intelligence Agency ("CIA") submits the following Statement of Material Facts as to Which There is No Genuine Issue:

1. By letter dated May 18, 2000, plaintiff submitted its initial FOIA request to the CIA. Plaintiff's request sought copies of all internal CIA regulations on or pertaining to: (1) personnel issues; (2) the granting or revocation of security clearances; (3) grievance procedures; (4) disciplinary procedures; (5) the Prepublication Review Board; (6) declassification of information; (7) the Historical Advisory Board; and (8) the implementation of the Freedom of Information and Privacy Acts. Ex. B to April 24, 2008 Declaration of Joseph W. Lambert, Director, Information Management Services, Office of the Chief Information Officer, Central Intelligence Agency ("Lambert Decl.").

2. By letter dated July 26, 2002, the CIA denied plaintiff's FOIA request, citing FOIA exemption (b)(3) as its legal authority for withholding all previously unreleased internal

CIA regulations responsive to plaintiff's FOIA request. Lambert Decl. ¶ 13; Ex. C thereto.

3. On August 8, 2002, plaintiff appealed the CIA's decision to withhold records responsive to its FOIA request. Id.; Ex. D thereto.

4. The CIA accepted and acknowledged plaintiff's appeal by letter dated August 20, 2002, and advised plaintiff that a backlog of approximately 360 FOIA appeals would likely delay its appeal. Id.; Ex. E thereto.

5. On September 24, 2007, pursuant to this Court's order, the parties filed a Joint Status Report. Docket #8. In that Report, the parties agreed, inter alia: 1) to limit the scope of plaintiff's FOIA request to the version of the requested CIA regulations in effect as of June 27, 2007 (the date of the filing of the lawsuit) and 2) that the CIA would process and release any non-exempt documents or portions of documents responsive to plaintiff's request by January 11, 2008. Id.

6. Pursuant to the parties' agreement, the CIA searched for the versions of the requested regulations in effect as of June 27, 2007. Lambert Decl. ¶ 15. The CIA located seventy-six regulations responsive to plaintiff's FOIA request. Id.

7. On January 10, 2008, the CIA released in part fifty-three of the seventy-six internal CIA regulations responsive to plaintiff's FOIA request after the segregable, exempt information in those records was withheld from disclosure under applicable FOIA exemptions. Lambert Decl. ¶¶ 16, 17.

8. The CIA determined that the remaining twenty-three of the internal CIA regulations responsive to plaintiff's FOIA request were wholly exempt from disclosure under applicable FOIA exemptions, and did not contain segregable, non-exempt information. Lambert Decl. ¶ 16. These records were denied in full. Id.

9. On or about January 31, 2008, Plaintiff advised the CIA that it would challenge the CIA's determination to withhold segregable, exempt information in twenty-five RIP documents. Lambert Decl. ¶ 18. Plaintiff also challenged the CIA's decision to withhold the twenty-three DIF documents. Id.

10. The CIA determined that the information withheld from the documents responsive to plaintiff's FOIA request was exempt from disclosure pursuant to FOIA exemptions (b)(1), (b)(2), and (b)(3). Id.

Dated: April 25, 2008

      Respectfully submitted,

      JEFFREY S. BUCHOLTZ
      Acting Assistant Attorney General

      JEFFREY A. TAYLOR
      United States Attorney

      ELIZABETH J. SHAPIRO
      Assistant Branch Director

      /s/ Vesper Mei
      VESPER MEI
      (D.C. Bar No. 455778)
      Trial Attorney
      United States Department of Justice
      Civil Division, Federal Programs Branch
      Post Office Box 883
      Washington, D.C. 20044
      Telephone: (202) 514-4686
      Facsimile: (202) 616-8470 (fax)
      E-mail: vesper.mei@usdoj.gov

      Counsel for Defendant