**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE JAMES MADISON PROJECT | *<br>*<br>* |
| Plaintiff, | *<br>* |
| v. | Civil Action No. 07-01154 (RMU) |
| CENTRAL INTELLIGENCE AGENCY | *<br>*<br>* |
| Defendant. | *<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENTED-TO MOTION FOR**
**EXTENSION OF TIME TO SUBMIT OPPOSITION BRIEF**

NOW COMES the plaintiff The James Madison Project, by and through its undersigned counsel, to respectfully move the Court for an extension of time to on or before June 24, 2008, in which to submit plaintiff's response to defendant's Motion for Summary Judgment. The present due date is June 10, 2008, with defendant's reply brief set to be due on July 11, 2008. Granting this request for an extension would result in the due date for defendant's reply brief being set for August 1, 2008. This is the second request by plaintiff for an extension of time.

Defendant's motion was filed on April 25, 2008. As plaintiff's counsel has previously noted, this litigation has already resulted in the disclosure of over two hundred (200) pages of documents by the defendant which have required review by plaintiff's counsel. In addition to the one dozen time sensitive matters before the Department of Navy, Central Intelligence Agency, Department of Defense, and Defense Intelligence Agency pertaining to security clearance revocations/denials and personnel actions that both of plaintiff's counsels have been juggling, including two recent matters that required

immediate attention, undersigned counsel was stricken ill with the flu during the week of May 26th and was unable to contribute for the majority of the week.

Plaintiff's counsels also have had to contend with several briefing deadlines or other obligations in at least the following cases: Rempfer et al. v. Dep't of Defense et al., No. 08-____ (D.C. Cir), SSgt Frank Wuterich v. Congressman John Murtha, No. 07-5379 (D.C.Cir); Fuller v. Central Intelligence Agency, Civil Action No. 04-00253 (D.D.C.), MacQuarrie v. The Socialist People's Libyan Arab Jamahiriya et al., Civil Action No. 04-00176 (D.D.C.), and German v. Bethesda Fire Department et al., Civil Action No. 05-494 (D.Md).

Plaintiff's counsel has discussed this request with counsel for the defendant and she has consented to this request. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this motion.

Date: June 5, 2008

Respectfully submitted,

Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
DC Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE JAMES MADISON PROJECT

    Plaintiff,

        v.

CENTRAL INTELLIGENCE AGENCY

    Defendant.

Civil Action No. 07-01154 (RMU)

## ORDER

Upon consideration of Plaintiff's Consented-To Motion for an Extension of Time in Which to Submit Opposition Brief, and the entire record herein, it is this ____ day of June 2008, hereby

ORDERED, that plaintiff's Motion is granted; and further

ORDERED, that plaintiff's Opposition is due on or before June 24, 2008; and further;

ORDERED, that defendant's reply is due on or before August 1, 2008.

_____
UNITED STATES DISTRICT JUDGE