**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | * | |
| THE JAMES MADISON PROJECT | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 07-01154 (RMU) |
| v. | * | |
| | * | |
| CENTRAL INTELLIGENCE AGENCY | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S CONSENTED-TO MOTION FOR**
**EXTENSION OF TIME TO SUBMIT OPPOSITION BRIEF**

NOW COMES the plaintiff The James Madison Project, by and through its undersigned counsel, to respectfully move the Court for an extension of time to on or before July 1, 2008, in which to submit plaintiff's response to defendant's Motion for Summary Judgment. The present due date is June 24, 2008, with defendant's reply brief set to be due on August 1, 2008. Granting this request for an extension would result in the due date for defendant's reply brief being set for August 8, 2008. This is the third request by plaintiff for an extension of time.

Defendant's motion was filed on April 25, 2008. This litigation has already resulted in the disclosure of three hundred eighty-five (385) pages of documents by the defendant which have required review by plaintiff's counsel. During the past eight weeks, both of plaintiff's counsels have been juggling more than one dozen time sensitive matters before the Department of Navy, Central Intelligence Agency, Department of Defense, and Defense Intelligence Agency pertaining to security clearance revocations/denials and personnel actions, including two administrative hearings that will be taking place on June

24, 2008. In addition, plaintiff's lead counsel, Mark S. Zaid, was out of town for a pre-arranged family vacation from June 14, 2008 to June 22, 2008.

Plaintiff's counsels also have had to contend with several briefing deadlines or other obligations in at least the following cases: Rempfer et al. v. Dep't of Defense et al., No. 08-____ (D.C. Cir), SSgt Frank Wuterich v. Congressman John Murtha, No. 07-5379 (D.C. Cir.), James Madison Project v. Central Intelligence Agency, Civil Action No. 07-01382 (D.D.C.), and German v. Bethesda Fire Department et al., Civil Action No. 05-494 (D.Md).

Plaintiff's counsel has discussed this request with counsel for the defendant and she has consented to this request. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this motion.

Date: June 23, 2008

Respectfully submitted,

Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
DC Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE JAMES MADISON PROJECT | * * * |
| Plaintiff, | * * |
| v. | * * |
| CENTRAL INTELLIGENCE AGENCY | * * |
| Defendant. | * * * |

Civil Action No. 07-01154 (RMU)

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

Upon consideration of Plaintiff's Consented-To Motion for an Extension of Time in Which to Submit Opposition Brief, and the entire record herein, it is this _____ day of June 2008, hereby

ORDERED, that plaintiff's Motion is granted; and further

ORDERED, that plaintiff's Opposition is due on or before July 1, 2008; and further;

ORDERED, that defendant's reply is due on or before August 8, 2008.

_____
UNITED STATES DISTRICT JUDGE